IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| WALTER WATTS, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | CV 01-RRA-1739-W |
| JOHN EARL PALUZZI, | ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 5, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). On October 17, 2001, the plaintiff filed a document entitled "Civil Action for Compensatory and Punitive Damages" which the court will deem as objections to the report and recommendation. Plaintiff does not address the findings of the magistrate judge, but merely restates his original claim.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 4th day of November, 2001.

U. W. CLEMON,
CHIEF UNITED STATES DISTRICT JUDGE